IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
          Plaintiff,          )         8:14CR145
                              )
     v.                       )
                              )
ELTON ROUSH,                  )         ORDER
                              )
          Defendant.          )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 27).  The Court notes plaintiff has no objection.  Accordingly,

IT IS ORDERED that trial of this matter is rescheduled for:

**Monday, October 6, 2014, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  This will give the parties time to prepare for trial or pursue plea negotiations, and will accommodate the schedule of the Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between September 2, 2014, and October 6, 2014, shall be deemed excludable time in any computation of time under the